No. 679. SAME v. SAME. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Graham Sumner* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *J. Louis Monarch* for respondent.

No. 687. MAYTAG Co. v. MEADOWS MFG. Co. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wallace R. Lane, Edward S. Rogers* and *William J. Hughes* for petitioner. *Mr. Hal M. Stone* for respondent.

No. 591. GREENFIELD TAP & DIE CORP. v. UNITED STATES. April 14, 1930. Petition for writ of certiorari to the Court of Claims denied. Motion to remand denied. *Mr. A. Henry Walter* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch, Percy M. Cox,* and *Paul D. Miller* for the United States.

No. 671. ARMSTRONG ET AL. v. CITY NATIONAL BANK OF GALVESTON, TEXAS. April 14, 1930. Petition for writ of certiorari to the Court of Civil Appeals, 1st Supreme Judicial District, of Texas, denied. *Messrs. George W. Armstrong* and *John H. Kirby, pro se.* No appearance for respondent.

No. 672. SEABOARD AIR LINE R. Co. v. ATLANTA, BIRMINGHAM & COAST R. Co. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the